AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**CRIMINAL COMPLAINT**

GUSTAVO VILLANUEVA-SOTELO
 DOB:  **5/8/1971**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __August 5, 2006__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

reenter, and was found in, the United States after having been previously deported from the United States,  without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States.

in violation of Title __8__ United States Code, Section(s) __1326(a)__ .

I further state that I am __Mark Leeper,  Special Agent with the U.S. Immigration and Customs Enforcement ("ICE")__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUSA, Michael Harvey   (202) 305-2195
Sworn to before me and subscribed in my presence,

Signature of Complainant
Mark Leeper, Special Agent
U.S. Immigration and Customs Enforcement

_____
Date

at    __Washington, D.C.__
         City and State

_____
Name & Title of Judicial Officer

Signature of Judicial Officer