# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

GUSTAVO VILLANUEVA-SOTELO

WARRANT FOR ARREST

FILED
AUG 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-372-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   GUSTAVO VILLANUEVA-SOTELO
                                                    Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

reenter, and was found in, the United States after having been previously deported from the United States, without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States.

in violation of Title  United States Code, Section(s) § 1326(a) .

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

AUG 1 6 2006
Date and Location

Bail fixed at $ _____   by _____
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 8/16/06 | NAME AND TITLE OF ARRESTING OFFICER Reporting Fitzgerald, Derrick | SIGNATURE OF ARRESTING OFFICER Reporting Derrick Fitzgerald |
|---|---|---|
| DATE OF ARREST 8/24/06 | | |