**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on May 11, 2006**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO.  06-0372M-01 (CR)** |
| | : | |
| **GUSTAVO VILLANUEVA-SOTELO,** | : | **VIOLATION:** |
| Defendant. | : | **8 U.S.C. § 1326(a) and (b)(1)** |
| | : | **(Unlawful Reentry of a Removed Alien);** |
| | : | **18 U.S.C. § 1546(a)** |
| | : | **(Possession of Fraudulent Document** |
| | : | **Prescribed for Authorized Stay or** |
| | : | **Employment);** |
| | : | **18 U.S.C. § 1028A(a)(1)** |
| | : | **(Aggravated Identity Theft)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about August 5, 2006, within the District of Columbia, defendant, **GUSTAVO VILLANUEVA-SOTELO**, an alien who had previously been denied admission, excluded, deported or removed from the United States, was unlawfully present in the United States, having been found in Washington, D.C., and having been previously removed subsequent to a conviction for the commission of a felony. The said defendant had not obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security of the United States for re-application by the defendant for admission into the United States, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, United States Code, Section 1326(a) and (b)(1))

## COUNT TWO

On or about August 5, 2006, within the District of Columbia, **GUSTAVO VILLANUEVA-SOTELO,** did knowingly possess a document prescribed by statute and regulation for entry into and as evidence of authorized stay or employment in the United States, that is, a Permanent Resident Card, knowing it to be forged, counterfeited, altered, and falsely made.

**(Possession of Fraudulent Document Prescribed for Authorized Stay or Employment in the United States**, in violation of Title 18, United States Code, Section 1546(a))

## COUNT THREE

1.  The allegations contained in Count Two of this Indictment are hereby realleged and incorporated as if set forth herein.

2.  On or about August 5, 2006, within the District of Columbia, **GUSTAVO VILLANUEVA-SOTELO,** did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count Two of this Indictment, and such means of identification consisted of a false Permanent Resident Card including an Alien Registration number that is fully known by the Grand Jury and identified herein by its last three digits:  "483."

**(Aggravated Identity Theft,** in violation of Title 18, United States Code, Section 1028A(a)(1))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.