UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                                    CR. 06-271(PLF)

GUSTAVO VILLANUEVO-SOTELO

**MOTION TO WITHDRAW PREVIOUSLY FILED EX PARTE MOTION UNDER SEAL FOR APPOINTMENT OF INTERPRETER/TRANSLATOR**

Defendant, by and through undersigned counsel, respectfully sets forth to this Honorable Court as follows:

1. On October 27 2006, defendant filed an Ex Parte Motion Under Seal for Appointment of Interpreter/Translator.

2. It was not necessary to file the motion identified in Paragraph 1 herein under seal. Accordingly, defendant seeks to withdraw his Ex Parte Under Seal Motion for Appointment of Interpreter/Translator. Defendant will refile the motion as an Ex Parte Motion for Appointment of Interpreter/Translator.

3. **WHEREFORE**, defendant prays this Honorable Court for leave to withdraw his Ex Parte Motion Under Seal for Appointment of Interpreter/Translator.

Respectfully submitted,

_____
Steven R. Kiersh #323329
717 D Street, N.W., Suite 400
Washington, D.C. 20004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                    CR. 06-271(PLF)

GUSTAVO VILLANUEVO-SOTELO

POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO WITHDRAW PREVIOUSLY FILED EX PARTE MOTION
UNDER SEAL FOR APPOINTMENT OF INTERPRETER/TRANSLATOR

1. The record herein.

2. The discretionary powers of this Honorable Court.

Respectfully submitted,

_____
Steven R. Kiersh #323329
717 D Street, N.W., Suite 400
Washington, D.C. 20004