UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.   CR. 06-271(PLF)

GUSTAVO VILLANUEVO-SOTELO

## ORDER

Upon consideration of defendant's Motion to Withdraw Previously filed Ex Parte Motion Under Seal for Appointment of Interpreter/Translator, there being good cause demonstrated, it is by this Court on this the _____ day of _____, 2006,

ORDERED, that the Ex Parte Motion Under Seal for Appointment of Interpreter/Translator filed on October 27, 2006 is withdrawn from the record.

_____
Honorable Paul L. Friedman
United States District Judge