UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 06-271 (PLF)
) ~~UNDER SEAL~~
GUSTAVO VILLANUEVO-SOTELO )
)

### MOTION TO FILE EX PARTE MOTION FOR APPOINTMENT OF INTERPRETER/TRANSLATOR UNDER SEAL

Undersigned counsel respectfully sets forth to this Honorable Court as follows:

1. This is criminal indictment that has been returned against a Spanish speaking foreign national.

2. As part of his defense to the charges in the indictment, defendant needs to retain the services of a competent translator/interpreter. The translator/interpreter will work with counsel during client consultations and will translate documents obtained in discovery.

3. Defendant does not desire to reveal his pretrial strategy. Accordingly, defendant seeks to file his request for appointment of a translator/interpreter under seal.

**WHEREFORE**, counsel prays this Honorable Court accept the Ex Parte Motion for Appointment of an Interpreter Under Seal.

Respectfully Submitted,

Steven R. Kiersh #323329
717 D Street, N.W., Suite 400
Washington, D.C. 20004