UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 7 2006

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.    CR. 06-271(PLF)
~~UNDER SEAL~~

GUSTAVO VILLANUEVO-SOTELO

### EX PARTE MOTION UNDER SEAL FOR APPOINTMENT OF INTERPRETER/TRANSLATOR

Defendant, by and through undersigned counsel, respectfully sets forth to this Honorable Court as follows:

1. Defendant has been charged in a multiple count indictment. He is a Spanish speaking citizen of Mexico who is not able to communicate in English.

2. It was initially thought that this matter would resolve in a relatively quick time frame. However, that initial thought is no longer the anticipated manner in which it is expected that the case will resolve.

3. Counsel needs the assistance of an interpreter to accompany him to the D.C. Jail for visits with defendant. In addition, there are a fairly large number of documents that counsel has received in discovery. The documents need to be translated to Spanish so that they can be reviewed by defendant for purposes of understanding the charges against him and to prepare defenses to the charges.

4. Counsel has been working with Javier Soler as an interpreter/translator. Mr. Soler is a very experienced and capable Spanish interpreter. At the current time, counsel can not accurately estimate how much time Mr. Soler will have to invest in this matter. Counsel will submit interim reports as the case progresses detailing the need for services of the interpreter.

WHEREFORE, the foregoing considered, defendant prays this Honorable Court for appointment of Javier Soler as a Spanish interpreter for the duration of these proceedings and that the appointed be *nunc pro tunc* to August 27, 2006.

Respectfully submitted,

Steven R. Kiersh #323329
717 D Street, N.W., Suite 400
Washington, D.C. 20004
(202) 347-0200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                                    CR. 06-271 (PLF)
                                                      ~~UNDER SEAL~~

GUSTAVO VILLANUEVO-SOTELO

POINTS AND AUTHORITIES IN SUPPORT OF
EX PARTE MOTION UNDER SEAL FOR APPOINTMENT
OF INTERPRETER/TRANSLATOR

1. The record herein.

2. The discretionary powers of this Honorable Court.

3. The Due Process Clause of the United States Constitution.

Respectfully submitted,

Steven R. Kiersh #323329
717 D Street, N.W., Suite 400
Washington, D.C. 20004
(202) 347-0200