UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                                 CR. 06-271 (PLF)
                                                                   ~~UNDER SEAL~~

GUSTAVO VILLANUEVO-SOTELO

### ORDER

Upon consideration of defendant's ~~Ex Parte~~ Motion Under Seal for Appointment of an Interpreter/Translator, there being good cause shown, it is by this Court on this the 3rd day of November 2006;

ORDERED that the Motion is granted and Javier Soler is appointed as an interpreter for defendant *nunc pro tunc* to August 27, 2006; and,

IT IS FURTHER ORDERED, that defendant is to file a status report concerning the need for additional services of Mr. Soler no later than Every six months

Honorable Paul L. Freidman
United States District Judge

Copy to:

Steven R. Kiersh, Esquire
717 D Street, N.W., Suite 400
Washington, D.C. 2004

and to AUSA