UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                        CR. 06-271(PLF)

GUSTAVO VILLANUEVO-SOTELO

### ORDER

Upon consideration of defendant's Motion to Suppress Statement, and any opposition thereto, it is by this Court on this the ____ day of _____, 2007;

ORDERED, that the Motion to Suppress Statement is granted.

_____
Honorable Paul L. Friedman
United States District Judge