RECORD OF SWORN STATEMENT IN AFFIDAVIT FORM   2

I am willing to make a statement without anyone else being present. I swear that I will tell the truth, the whole truth, and nothing but the truth, so help me God.
   Yo voy a hacer una declaracion sin alguien presente. Yo juro que yo dire la verdad, la verdad, y nada mas que la verdad, asi Dios me ayuda.

Being duly sworn, I make the following statement:
   Mi declaracion jurado es:

My complete, true and correct name is _Gustavo Villanuevo-Sotelo_. I was born on _May 8, 1971_
(Mi nombre completo y correcto es)                                               (Yo naci en)

in _Mexico_. Neither I nor my parents have been a citizen or national of any other
(en)                    (Ni yo o mis padres ha sido un ciudadano o nacional de alguna otro)

country except _Mexico_. I last entered the United States on _July 25, 2006_,

near _Calexico, CA_, and entered _without being inspected by an immigration_
(cerca de)                 (y yo entro (con permiso o sin permiso))

officer. I have never been in the US military and I am not a US citizen. I have never applied for any Immigration benefit and do not make any claim to any Immigration benefit. I was deported about seven (7) years ago from the US. I never asked permission to come back to the US from the Attorney General or Secretary of DHS. I do not have any fear of returning to Mexico.

I have read (or have had read to me) the foregoing statement, consisting of 2 pages. I affirm that the answers attributed to me herein are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my questioning by the above-named officer of the Immigration and Naturalization Service. I have initialed each page of this statement (and the corrections noted on page(s) _2_).

   Yo ha contestado estas preguntas ciertomente y correctomente en este estado a la mejor de mi conocimiento.

Signature of alien: X _Gustavo Villanueva S_

Subscribed and sworn to me at: _SAC/DC_ on _8/5/06_

(Name of Immigration Officer) _Mark C. Lepper_ (Name of Witness) _Heath Simon_

(Signature of Immigration Officer) _[signature]_ (Signature of Witness) _[signature]_

(Page 2 of 2)

INITIALS OF SUBECT: _G.V.S._                              INITIALS OF AGENT: _MCL_