**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**V.**                                          **CR. 06-271(PLF)**

**GUSTAVO VILLANUEVO-SOTELO**

## ORDER

Upon consideration of defendant's Motion to Suppress Evidence, and any

opposition thereto, it is by this Court on this the _____day of _____, 2007;

ORDERED, that the Motion to Suppress Evidence is granted.

_____
Honorable Paul L. Friedman
United States District Judge