UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-271 (PLF)** |
| | : | |
| **v.** | : | |
| | : | |
| **GUSTAVO VILLANUEVA-SOTELA,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Donnell Turner at telephone number (202) 305-1419 and/or email address Donnell.Turner2@usdoj.gov.

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR,
                                                United States Attorney

                                                _____

                                                Donnell W. Turner
                                                Assistant United States Attorney
                                                Federal Major Crimes
                                                555 4th Street, NW, Room 4235
                                                Washington, DC 20530
                                                (202) 305-1419