UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 06-271 (PLF) |
| | ) | |
| | ) | |
| **GUSTAVO VILLANUEVA-SOTELO** | ) | |
| | ) | |

**ORDER**

Upon consideration of the Government's Reply to Defendant's Motion to Suppress Physical Evidence, the Government's Opposition to said Motion, and the entire record herein, the Court is of the opinion and finds that Defendant's Motion is without merit and should be denied.

It is therefore, this ____ day of _____, 200__,

**ORDERED** that the Court's ruling regarding Defendant Villanueva-Sotelo's Motion To Suppress Statements be, and hereby is, **DENIED**.

_____
PAUL L. FRIEDMAN
United States District Judge

Copies to:

AUSA Donnell W. Turner
Federal Major Crimes
555 Fourth St., N.W.
Room 4235
Washington, D.C.  20530

Steven R. Kiersh, Esquire
717 D Street, N.W.
Suite 400
Washington, D.C.  20004