**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 06-271 (PLF)** |
| | ) | |
| **GUSTAVO VILLANUEVA-SOTELO** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**REPLY TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully replies to Defendant's Motion to Suppress Statements by stating that it does not intend to seek admission, during the government's case-in-chief, of Defendant's statements made during his interview with Immigration and Customs Enforcement Special Agents on the date of his arrest, August 5, 2006. However, the contends that these statements were freely and voluntarily given by defendant; therefore, the Government reserves the right to seek admission of the statements to impeach should Defendant elect to testify at his trial. *See Harris v. New York*, 401 U.S. 222, 225-26 (1971). The Government proposes that the Court address this issue only if Defendant indicates that there is a likelihood that he will testify at trial.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

By:     "/s/"
_____
Donnell W. Turner
Assistant United States Attorney
Maryland Bar
United States Attorney's Office
555 4th Street, N.W.  # 4235
Washington, DC 20004
Tel. (202) 305-1419
Donnell.Turner2@usdoj.gov