UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 06-271 (PLF) |
| | ) | |
| | ) | |
| **GUSTAVO VILLANUEVA-SOTELO** | ) | |
| | ) | |

**ORDER**

Upon consideration of Defendant Gustavo Villanueva-Sotelo's Motion To Suppress Statements, and the Government's Reply to said Motion, and the entire record herein, the Court will reserve its ruling on Defendant's Motion until such time as Defendant indicates that there is a likelihood that he will testify at a trial in this matter.  It is, therefore, this _____ day of _____, 200__,

**ORDERED** that the Court's ruling regarding Defendant Villanueva-Sotelo's Motion To Suppress Statements be, and hereby is, **DEFERRED**.

_____
PAUL L. FRIEDMAN
United States District Judge

Copies to:

AUSA Donnell W. Turner
Federal Major Crimes
555 Fourth St., N.W.
Room 4235
Washington, D.C.  20530

Steven R. Kiersh, Esquire
717 D Street, N.W.
Suite 400
Washington, D.C.  20004