IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO.: 06-271 (PLF) |
| v. : | |
| GUSTAVO VILLANUEVO-SOTELO, : | **FILED** |
| Defendant. : | JAN 2 2 2007 |
| : | NANCY MAYER WHITTINGTON, CLERK |
| : | U.S. DISTRICT COURT |

### FACTUAL PROFFER
### IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about August 5, 2006, defendant Gustavo Villanueva-Sotelo (hereinafter, "Villanueva-Sotelo" or "defendant") committed the offenses of Possession of Fraudulent Document Prescribed for Authorized Stay or Employment, in violation of 18 U.S.C. § 1546(a), and Unlawful Reentry of a Removed Alien, in violation of 8 U.S.C. § 1326(a) and (b)(1).

The defendant is a Mexican national who entered the United States illegally. On June 15, 1990, Villanueva-Sotelo was arrested in Oroville, Washington, for shoplifting. He subsequently pleaded guilty to Theft under $50, and was sentenced to 10 days in jail. On July 3, 1990, an Immigration Judge in Aurora, Colorado executed a "Warrant of Deportation," which ordered the defendant's removal from the United States. On July 6, 1990, the defendant was removed from the U.S. and returned to Mexico.

After his deportation, Villanueva-Sotelo returned to the U.S., and was rearrested in the State of Washington. He pleaded guilty to the following federal offenses: Alien in United States after Deportation, in violation of 8 U.S.C. § 1326; Possession of False Immigration Documents, in violation of 18 U.S.C. § 1546(a); and Possession of Five or More False Identification Documents with Intent to Transfer Them, in violation of 18 U.S.C. § 1028. On August 22, 1991, the defendant received a prison term of two months for those offenses. On September 23, 1991, an Immigration Judge ordered that the defendant be removed from the U.S., and on September 24, 1991, the defendant was deported back to Mexico.

On August 5, 2006, the defendant was located in the District of Columbia. He had returned to the United States without seeking and obtaining the prior approval of the Attorney General of the United States, and therefore had returned to the U.S. in violation of federal law.

Metropolitan Police Officer Servis approached the defendant at about 3 p.m., on August 5, 2006, as the defendant sat on a park bench at the intersection of Columbia Road and Champlain Street, N.W., Washington, D.C. Off. Servis asked the defendant for identification and the defendant gave the officer two forms of identification: a Permanent Resident card and Mexican Metricula, both of which included a photograph of Villanueva-Sotelo. A forensic document expert with U.S. Immigration and Customs Enforcement ("ICE") has examined both documents and determined that they are fraudulent.

2

The defendant's fraudulent Permanent Resident card is a document that appears to have been issued by the U.S. government. A real Permanent Resident card is a document prescribed by federal law as evidence that the holder is authorized to stay or work in the U.S. Villanueva-Sotelo knew that the Permanent Resident card in his possession was fraudulently made.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: /s/ 

FREDERICK W. YETTE
Assistant United States Attorney
D.C. Bar No. #385391
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 353-1666
Frederick.Yette@usdoj.gov

### Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

01/22/07
Date

Gustavo Villanueva
Gustavo Villanueva-Sotelo

3

## Defense Counsel's Acknowledgment

I am Gustavo Villanueva-Sotelo's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_1/22/07_  
Date

_[signature]_  
Steven Kiersh, Esq.

4