CO-290
Rev. 3/88

Notice of Appeal Criminal

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs )          Criminal No.  06-CR-271 (PLF)
)
GUSTAVO VILLANUEVA-SOTELO )
)

## NOTICE OF APPEAL

Name and address of appellant                    United States of America

Name and address of appellant's attorney        Roy W. McLeese III
                                                 United States Attorney's Office
                                                 Room 8104
                                                 555 4th Street, NW
                                                 Washington, DC 20530

**FILED**

MAY  3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Offense: 18 USC 1028(a)(1)

Concise statement of judgment or order, giving date, and any sentence

   Order of April 4, 2007, in open court, entered on docket on April 4, 2007, dismissing
   Count Three of Indictment.

Name and institution where now confined, if not on bail: N/A

   I, the above-named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

_May 3, 2007_                          _United States_
DATE                                   APPELLANT

                                       _Roy W. McLeese III /ET_
                                       ATTORNEY FOR APPELLANT

CJA, NO FEE _____N/A_____
PAID USDC FEE  _Government Appeal_
PAID USCA FEE  _Government Appeal_
Does counsel wish to appear on appeal? (Yes)/No
Has counsel ordered transcripts? (Yes)/No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  Yes/(No)

ORIGINAL

Notice of Appeal Criminal

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May, 2007, one copy of the foregoing Government's Notice of Appeal was sent by first-class U.S. Mail to counsel for Gustavo Villanueva-Sotelo:

> Steven R. Kiersh, Esq.
> Suite 400
> 717 D Street, NW
> Washington, DC 20004


_Elizabeth Trosman_

**ELIZABETH TROSMAN**
Assistant United States Attorney
555 4th Street, NW, Room 8104
Washington, DC 20530
(202) 514-7113