# HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

UNITED STATES OF AMERICA    :    Docket No.: <u>06-CR-271-01</u>

          :                     JUN - 8 2007

        vs.        :    SSN:             NANCY MAYER WHITTINGTON, CLERK
                                                                 U.S. DISTRICT COURT

                           : 

VILLANUEVA-SOTELO, Gustavo    :    Disclosure Date: <u>May 4, 2007</u>

## <u>RECEIPT AND ACKNOWLEDGMENT OF</u>
## <u>PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### <u>For the Government</u>

(CHECK APPROPRIATE BOX)

    ( )     There are no material/factual inaccuracies therein.

    (✓)     There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                       5/11/07

**Prosecuting Attorney**                                 Date

### <u>For the Defendant</u>

(CHECK APPROPRIATE BOX)

    ( )     There are no material/factual inaccuracies therein.

    ( )     There are material/factual inaccuracies in the PSI report as set forth in the attachment.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Defendant | Date | Defense Counsel | Date |

## <u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 18, 2007</u>, to U.S. Probation Officer <u>Elizabeth Suarez</u>, telephone number <u>(202) 565-1341</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**     Gennine A. Hagar, Chief
        United States Probation Officer