# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-3055**                             **September Term, 2007**

[1099263]                                    FILED ON: FEBRUARY 15, 2008

UNITED STATES OF AMERICA,
      APPELLANT

v.

GUSTAVO VILLANUEVA-SOTELO,
      APPELLEE

---

Appeal from the United States District Court
for the District of Columbia
(No. 06cr00271-01)

---

**FILED**
**JUL - 9 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Before: HENDERSON and TATEL, *Circuit Judges,* and WILLIAMS, *Senior Circuit Judge.*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

<u>Per Curiam</u>

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 6/27/08
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

Date: February 15, 2008

Opinion for the court filed by Circuit Judge Tatel.
Dissenting opinion filed by Circuit Judge Henderson.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk